**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

XOCKETS, INC.,

      Plaintiff,

    v.

AMAZON.COM, INC. and AMAZON WEB
SERVICES, INC.

      Defendants.

Civil Action No. 1:25-cv-01019-RP

## JOINT MOTION FOR ENTRY OF INTERIM PROTECTIVE ORDER

Plaintiff Xockets, Inc. and Defendants Amazon.com, Inc. and Amazon Web Services, Inc. jointly move for entry of the enclosed interim protective order.

1.      The parties are in the process of negotiating a final protective order for submission to the Court but have not yet agreed on all terms.

2.      The parties thus seek the entry of the enclosed interim protective order so that document production may begin promptly.

3.      The parties have conferred and agree to the relief sought in this motion.

The parties therefore request that the Court grant this joint motion and enter the enclosed proposed order as an interim protective order until such time that a final protective order can be entered.

Dated: January 14, 2026

Respectfully submitted,

**SUSMAN GODFREY LLP**

/s/ *Joseph S. Grinstein*
Joseph S. Grinstein

Texas State Bar No. 24002188
Hunter A. Vance
Texas State Bar No. 24102596
Kevin Downs
Texas State Bar No. 24119573
Allen J. Hernandez
Texas State Bar No. 24132804
1000 Louisiana Street, Suite 5100
Houston, TX 77002
(713) 651-9366
jgrinstein@susmangodfrey.com
hvance@susmangodfrey.com
kdowns@susmangodfrey.com
ahernandez@susmangodfrey.com

Kalpana Srinivasan
California State Bar No. 237460
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100
ksrinivasan@susmangodfrey.com

Tamar Lusztig
New State York Bar No. 5125174
One Manhattan West
New York, NY 10001
(212) 336-8330
tlusztig@susmangodfrey.com

***Attorneys for Plaintiff Xockets, Inc.***

<u>*/s/ Christina V. Rayburn*</u>
Moez M. Kaba, CA SBN 257456
mkaba@hueston.com
Christina V. Rayburn, CA SBN 255467
crayburn@hueston.com
Chandler W. Matz, CA SBN 341562
cmatz@hueston.com
Mindy Vo, CA SBN 346696
mvo@hueston.com
Hueston Hennigan LLP
523 W. 6th St., Unit 400
Los Angeles, CA 9014
Telephone: (213) 788-4340
Facsimile: (888) 866-4825

2

Neil G. Anderson, CA SBN 307668
nanderson@hueston.com
Thomas B. King, TX SBN 24122209
tking@hueston.com
620 Newport Beach, CA 92660
Telephone: (949) 284-6313
Facsimile: (888) 866-4825

Deron R. Dacus, SBN 00790553
The Dacus Firm PC
ddacus@dacusfirm.com
821 ESE Loop 323
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543

***Attorneys for Defendants Amazon.com,
Inc. and Amazon Web Services, Inc.***

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for all parties have conferred, and no party is opposed to the relief sought in this joint motion.

*/s/ Kevin Downs*
Kevin Downs

## CERTIFICATE OF SERVICE

I hereby certify that, on January 14, 2026, I electronically submitted the foregoing document with the clerk of the United States District Court for the Western District of Texas, using the electronic case management CM/ECF system of the Court which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

*/s/ Kevin Downs*
Kevin Downs

3