# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

XOCKETS, INC.,

    Plaintiff,

    v.

AMAZON.COM, INC. and AMAZON WEB
SERVICES, INC.

    Defendants.

Civil Action No. 1:25-cv-01019-RP

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Plaintiff Xockets, Inc. and Defendants Amazon.com, Inc. and Amazon Web Services, Inc. hereby jointly move the Court for entry of a proposed Protective Order. The parties have met and conferred and have agreed on the proposed Protective Order attached hereto.

Dated: February 10, 2026

Respectfully submitted,

**SUSMAN GODFREY LLP**

/s/ *Kevin R. Downs*
Joseph S. Grinstein
Texas State Bar No. 24002188
Hunter A. Vance
Texas State Bar No. 24102596
Kevin Downs
Texas State Bar No. 24119573
Allen J. Hernandez
Texas State Bar No. 24132804
1000 Louisiana Street, Suite 5100
Houston, TX 77002
(713) 651-9366
jgrinstein@susmangodfrey.com
hvance@susmangodfrey.com
kdowns@susmangodfrey.com

ahernandez@susmangodfrey.com

Kalpana Srinivasan
California State Bar No. 237460
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100
ksrinivasan@susmangodfrey.com

Tamar Lusztig
New State York Bar No. 5125174
One Manhattan West
New York, NY 10001
(212) 336-8330
tlusztig@susmangodfrey.com

***Attorneys for Plaintiff Xockets, Inc.***

*/s/ Christina V. Rayburn*
Moez M. Kaba, CA SBN 257456
mkaba@hueston.com
Christina V. Rayburn, CA SBN 255467
crayburn@hueston.com
Chandler W. Matz, CA SBN 341562
cmatz@hueston.com
Mindy Vo, CA SBN 346696
mvo@hueston.com
Hueston Hennigan LLP
523 W. 6th St., Unit 400
Los Angeles, CA 9014
Telephone: (213) 788-4340
Facsimile: (888) 866-4825

Neil G. Anderson, CA SBN 307668
nanderson@hueston.com
Thomas B. King, TX SBN 24122209
tking@hueston.com
620 Newport Beach, CA 92660
Telephone: (949) 284-6313
Facsimile: (888) 866-4825

Deron R. Dacus, SBN 00790553
The Dacus Firm PC
ddacus@dacusfirm.com
821 ESE Loop 323
Tyler, TX 75701

2

Telephone: (903) 705-1117
Facsimile: (903) 581-2543

***Attorneys for Defendants Amazon.com,
Inc. and Amazon Web Services, Inc.***

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for all parties have conferred, and no party is opposed to the relief sought in this joint motion.

/s/ Kevin Downs
Kevin Downs

## CERTIFICATE OF SERVICE

I hereby certify that, on February 10, 2026, I electronically submitted the foregoing document with the clerk of the United States District Court for the Western District of Texas, using the electronic case management CM/ECF system of the Court which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

/s/ Kevin Downs
Kevin Downs