**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| XOCKETS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON WEB SERVICES, INC.<br><br>Defendants. | Civil Action Nos. 1:25-cv-01019-RP<br>1:25-cv-01021-RP |

## ORDER GRANTING JOINT MOTION REGARDING STAY

Before the Court is Plaintiff Xockets, Inc. and Defendants Amazon.com, Inc. and Amazon Web Services, Inc. ("Defendants") Joint Stipulation and Motion Regarding Stay. Having considered the Joint Stipulation and Motion, it is hereby ordered that the Joint Motion is GRANTED.

IT IS ORDERED that Xockets' briefing in response to Defendants' Motion to Lift Stay and Motion for Stay Pending Final Resolution of Parallel ITC Investigation ("Motion") is stayed until the Court lifts the current stay ordered at Dkt. 80 (-1019 Case); Dkt. 77 (-1021 Case) and sets a deadline for Xockets to respond to Defendants' Motion.

IT IS FURTHER ORDERED that Defendants' Motion, including its 28 U.S.C. § 1659(a) stay request, is not prejudiced by the Joint Stipulation and Motion or by this Order.

**SIGNED** this __28th__ day of July, 2026

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE